## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA,

v.

MOUZON BASS, III, *et al.*

               *Defendants.*

Case No. 4:24-cr-7

Hon. Amos L. Mazzant, III

### ORDER ON VIVATURE, INC.'S UNOPPOSED MOTION FOR LEAVE TO INTERVENE AND PARTIALLY OPPOSED MOTION TO CONTINUE

On this day came on to be considered, Intervenor, VIVATURE, INC.'s *Unopposed Motion for Leave to Intervene and Partially Unopposed Motion to Continue* (Dkt. #94). The Court, after reviewing the motion, any responses thereto, and any arguments of counsel, find that the motion is **GRANTED IN PART**.

IT IS THEREFORE ORDERED that Intervenor, VIVATURE, INC.'s *Unopposed Motion for Leave to Intervene* is hereby **GRANTED**. VIVATURE, INC. may intervene in this cause to defend its constitutional rights and attorney-client privilege.

**SIGNED this 25th day of July, 2024.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE